

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00025-CR

_____

JORDAN JERMAINE THOMPSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 20F-0636-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Jordan Jermaine Thompson pled guilty to evading arrest with a prior conviction for evading arrest, a state jail felony. *See* TEX. PENAL CODE ANN. § 38.04(b)(1) (Supp.). In accordance with a plea agreement with the State, the trial court sentenced Thompson to two years' imprisonment, but suspended his sentence in favor of placing him on community supervision for five years. Within that time, the State moved to revoke Thompson's community supervision on the ground that he agreed to a court-ordered residential substance abuse treatment program but failed to participate in it. Following an evidentiary hearing, the trial court found the State's allegation true, revoked Thompson's community supervision, and sentenced him to two years' imprisonment.[1]

In his brief, Thompson raises the same issue addressed in detail in our opinion in his companion appeal in cause number 06-24-00024-CR. For the same reasons discussed therein, we overrule Thompson's complaint and affirm the trial court's judgment.

Charles van Cleef
Justice

Date Submitted:    August 8, 2024
Date Decided:    December 12, 2024

Do Not Publish

---

[1]The trial court also ordered the sentence to run consecutively with the sentence in Thompson's companion case, numbered 06-24-00024-CR, in which he appeals another conviction for evading arrest with a motor vehicle.